# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-4379 PA (AGRx) | Date | June 30, 2017 |
|---|---|---|---|
| Title | Cooper Trust DTD 10/05/2000 v. John L. Parmigiani | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS – COURT ORDER

On June 21, 2017, the Court issued an order provisionally remanding this action to Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. (Docket No. 10.) The Court stayed the June 21 Order to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by June 28, 2017, if it objected to the remand. Plaintiff filed no such objection.[1] Accordingly, for the reasons stated in the June 21 Order, this action is remanded to Los Angeles County Superior Court, Case No. LC105051.

IT IS SO ORDERED.

---

[1]     The Court notes that defendant filed an objection, in which defendant states that he "did not attach the Summons and Complaint filed with this Court on June 21, 2017 by Plaintiff Cooper because he was never served with it." (See Docket No. 11, p. 2.) Even if defendant is asserting that he did not file the Summons with the Notice of Removal because he was not served with it, the procedural defect identified in the June 21 Order remains uncured.