JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER TRUST DTD 10/05/2000,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN L. PARMIGIANI,<br><br>    Defendant. | CV 17-4379 PA (AGRx)<br><br>JUDGMENT |

Pursuant to the Court's July 22, 2019 Minute Order granting the Motion for Summary Judgment filed by defendant John L. Parmigiani ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have his costs of suit.

DATED: July 22, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE